IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEROME GREER-EL, #185535, | ) |
| | ) |
|    Petitioner, | ) |
| v. | )   CASE NO. 3:10-cv-1055-TMH |
| | )        [WO] |
| CYNTHIA WHEELER WHITE, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #75) filed on September 24, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #74) filed on September 9, 2013 is adopted;

3. The petition for habeas corpus relief filed by Petitioner Jerome Greer-El is DENIED and this case is DISMISSED with prejudice.

Done this 16th day of October, 2013.

                                      /s/ Truman M. Hobbs
                                    TRUMAN M. HOBBS
                                    SENIOR UNITED STATES DISTRICT JUDGE